IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY KNUTSON,

    Petitioner,

v.

GEORGE LENZNER, et al.,

    Respondents.

ORDER

Case No. 24-cv-665-jdp

---

    Petitioner Jeremy Knutson has submitted a certified inmate trust fund account statement for the six-month period preceding the filing of a habeas petition. Accordingly, the court must determine whether petitioner qualifies for indigent status.

    Having considered petitioner's affidavit of indigency and the inmate trust fund account statement, I find that petitioner is unable to prepay the fees of commencing this action or to post security therefor. Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

ORDER

    IT IS ORDERED that petitioner Jeremy Knutson's motion for leave to proceed without prepayment of the filing fee is GRANTED.

    Entered this 4th day of October, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge